### 12115.  Rozier *v.* The State.

Bloodworth, J.  1. The special ground of the motion for a new trial
based upon newly discovered evidence was properly overruled.  A part of
this evidence was impeaching in its nature; the remainder was cumula-
tive and not of such character as would likely produce a different ver-
dict should a new trial be granted.  See Park's Penal Code, § 1088,
and citations under the catchwords "Cumulative," "Impeaching," pp.
752-3, 755.

2. The verdict is supported by evidence and has the approval of the trial
judge, and it was not error to overrule the motion for a new trial.

*Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

Decided April 13, 1921.

Conviction of manslaughter; from Banks superior court —
Judge Cobb.  December 17, 1920.

*G. P. Martin, Sam Jolley, P. Cooley,* for plaintiff in error.

*W. O. Dean, solicitor-general, E. C. Stark,* contra.